**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. DEBRA LEE,

    Defendant.

## MINUTE ORDER[1]

    A Notice of Disposition was filed on September 10, 2010. On **September 14, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.