**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. DEBRA LEE,

     Defendant.

## MINUTE ORDER[1]

On September 14, 2010, the court conducted a telephonic setting conference to set this matter for a change of plea hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **January 14, 2011**, commencing at 8:00 a.m., the court shall conduct a change of plea hearing.

Dated: September 14, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.