**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                June 22, 2011

Courtroom Deputy:   Nel Steffens
Court Reporter:     Suzanne Claar
Probation Officer:  Justine Kozak

**Criminal Action No.  07-cr-00429-REB**

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,                          Mark Barrett

    Plaintiff,

v.

3.  DEBRA LEE,                                     Dana Casper

    Defendant.

**SENTENCING MINUTES**

**11:03 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and two addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

   - the **Defendant's Motion To Modify Doc 1710** [#1711] filed June 21, 2011, is **GRANTED**;

   - the defendant's **Request for Non-Guideline Sentence Pursuant to 18 U.S.C. §3553(a)** [#1710] filed June 16, 2011, is **GRANTED** insofar as it is consistent with the foregoing findings and conclusions and the following orders;

   - the government's sealed motion [#1713] filed is **GRANTED** insofar as it is consistent with the foregoing findings and conclusions and the following orders;

   - the government's oral motion to dismiss counts is **GRANTED**; that accordingly, all other charges in all other counts of any of the Indictments returned in this case by the Grand Jury are now **DISMISSED WITH PREJUDICE** as to this defendant only;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 1 of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to a term of unsupervised probation for a term of **one year**;

5. That while on probation, the defendant shall comply with the following

       conditions of probation:

- all mandatory conditions of probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of probation approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of probation:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived; and

9. That immediately following this hearing, the defendant and her attorney shall meet with Probation Officer, Ms. Kozak, to schedule an appointment for the defendant to read, review, and sign the terms of her probation.

The Defendant waives formal advisement of appeal.

**11:30 a.m.   Court in recess.**

Total time in court:   00:27

Hearing concluded.